[No. 59703-5-I.   Division One.   September 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN P. ROSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-01765-2, Steven J. Mura, J., entered March 5, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Lau, JJ.

[Nos. 35357-1-II; 35369-5-II.   Division Two.   September 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RACHELLE MARIE BIRDSONG ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-1-04222-4, John R. Hickman, J., entered September 22, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 36390-9-II.   Division Two.   September 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY E. FAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03812-8, Beverly G. Grant, J., entered May 25, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 36416-6-II.   Division Two.   September 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY ANTHONY TYLER WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00237-0, H. John Hall, J., entered June 12, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.